UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In Re: )
    Kayla Kuehner ) Case No. 23-10071
)
) CHAPTER 7
)
    Debtor(s) )
)

**MOTION FOR REDEMPTION UNDER 11 U.S.C. §722**

Now comes the Debtors, by and through counsel Scott W. Federspiel, and moves this Honorable Court pursuant to 11 U.S.C. §722 and Bankruptcy Rule 6008 for a Redemption Order and states in support thereof:

1) The item to be redeemed is tangible personal property intended primarily for personal, family or household use, and is more particularly described as a: 2017 Dodge Caravan VIN# 2C4RDGCG1HR616997.

2) The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt which is secured by said property to the extent of the allowed secured claim of the Creditor is a dischargeable consumer debt.

3) The 2017 Dodge Caravan is of inconsequential value or benefit to the estate.

4) The allowed secured claim of Santander Consumer, for purposes of redemption, the "redemption value," should be determined to be not more than $9,552.00 as evidenced by the Edmonds Report attached as Exhibit A.

5) Arrangements have been made by the Debtor to pay Santander Consumer up to the aforesaid amount in a lump sum should this order of redemption be entered.

WHEREFORE, Debtor prays this Honorable Court enter an order:

A. Requiring Santander Consumer to accept from Debtor's the lump sum payment of $9,552.00, the redemption value, and;

B. Requiring Santander Consumer to release its' lien of record against the 2017 Dodge Caravan.

C. Allowing Debtor to redeem the subject property by paying to the creditor the Redemption amount.

Respectfully submitted,

/s/ Scott W. Federspiel
Scott W. Federspiel
475 Anchorage Rd, Ste 12
WARSAW IN 46580
574-268-2900

### CERTIFICATE OF SERVICE

I CERTIFY THAT ON January 31, 2023 SERVICE OF A TRUE AND COMPLETE COPY OF THE FOREGOING HAS BEEN SERVED UPON: **SEE BELOW** BY ELECTRONIC FILING OR BY US MAIL ADDRESSED TO THE HIGHEST RANKING OFFICER OR OFFICIAL AS REQUIRED BY N.D. IND. B.R. B-2002-2 AND PURSUANT TO B.R. 7004 (h).

/s/ Scott W. Federspiel
Scott W. Federspiel
Gloyeski Law Office

VIA CM/ECF:

US TRUSTEE

VIA Certified Mail:
Santander Consumer
Attn:HIGHEST RANKING OFFICER OR OFFICIAL
1601 Elm Street, Ste 800
Dallas, TX 75201

**Prepared As Of:** 1/28/2023 12:00:00 AM

**Owner Name:** Kayla Kuehner

**Vehicle Description:** 2017 (Year)   Dodge (Make)   Grand Caravan Extended Passenger Van SXT 3.6L V6 (Model)

VIN: 2C4RDGCG1HR616997   Mileage: 94,001   Color: White

| Feature | No | Yes | Feature | No | Yes | Feature | No | Yes |
|---|---|---|---|---|---|---|---|---|
| Cruise Control | ☐ | ☒ | Leather Interior | ☒ | ☐ | Radio | ☐ | ☒ |
| Theft Deterrent | ☐ | ☒ | Manual | ☒ | ☐ | Automatic | ☐ | ☒ |
| Power Windows | ☐ | ☒ | Heated Seats | ☒ | ☐ | 4WD/AWD | ☒ | ☐ |
| Power Seats | ☐ | ☒ | Air Conditioning | ☐ | ☒ | 3rd Row Seating | ☐ | ☒ |
| Power Door Locks | ☐ | ☒ | Power Sunroof | ☒ | ☐ | Rear Entertainment | ☒ | ☐ |

**Other Items:**

| Item | Good | Fair | Poor | Item | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|
| Grill | ☐ | ☒ | ☐ | Left Fender | ☐ | ☒ | ☐ |
| Front Bumper | ☐ | ☒ | ☐ | Left Door | ☐ | ☒ | ☐ |
| Hood | ☐ | ☒ | ☐ | Left Quarter Panel | ☐ | ☒ | ☐ |
| Right Fender | ☐ | ☒ | ☐ | Interior | ☐ | ☐ | ☒ |
| Right Door | ☐ | ☒ | ☐ | Engine | ☐ | ☒ | ☐ |
| Right Quarter Panel | ☐ | ☒ | ☐ | Brakes | ☐ | ☐ | ☒ |
| Lights | ☐ | ☒ | ☐ | Paint Finish | ☐ | ☒ | ☐ |
| Rear Bumper | ☐ | ☒ | ☐ | Tires | ☐ | ☐ | ☒ |
| Roof | ☐ | ☒ | ☐ | | | | |

**Comments:** Interior needs cleaning and reconditioning. Needs brakes. Needs tires.

## Valuation Report: Based on KBB

| | Value |
|---|---|
| Average Base Value: | $11,152.00 |
| Mileage Class: Average: | |
| Add-ons/Deducts: | |
|    Interior cleaning and reconditioning | -$500.00 |
|    Brakes | -$400.00 |
|    Tires (4) | -$700.00 |
| | - |
| | - |
| **Appraised Value:** | **$9,552.00** |

The above vehicle condition report was prepared for the purpose of making a secured loan on said collateral. By signing below, preparer of report certifies that information regarding collateral was ascertained via visual inspection or provided and collected in good faith from owner or owner's representative. Information as to vehicle's condition has been applied with due diligence in conjunction with current publications by an experienced valuation specialist. No other representations, direct or indirect, material or immaterial, are made, assured or implied by this report of any other member of 722 staff or management.

/s/ Dan Hatfield
Collateral Valuation Services, LLC
P O Box 8361, Cincinnati, Ohio 45208
(513) 284-8539